United States Courts
Southern District of Texas
FILED
AUG 3 0 2005
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS (HOUSTON, DIV.)

| | |
|---|---|
| Rutford B. Aldridge Petitioner, Affiant | CA. NO. (S) |
| | H-05-608. |
| V. | |
| | H-97-2276. |
| Douglas Dretke, Respondent. | C-05-25. |

### AFFIDAVIT SUPPORTING MOTION FOR SANCTIONS AND JUDGMENT OF CONTEMPT

TO THE HONORABLE JUDGE EWING WERLEIN, JR.

COME NOW Petitioner Aldridge, and files his Affidavit In Support of motion for sanctions, and for judgment of

contempt against the Respondent and it's counsels, ("Texas' Chief, and Asst. Attorney Generals") of August 9, 2005 updated Advisory to this court against Petitioner.

As cause Petitioner would show such the fraud upon this Court on page (3) of said (Advisory). Note card—

2

Fuzzy, Footnote (2).
 The State's Attorneys deliberately, intentionally, willfully, Fuzzy, and, unlawfully, ("lie") to this Court. Fraudulently stating that I have filed (Feb. 1, 2005) (Motion To Appear Before State Court To Waive Counsel Appointment). "see Re-

3

spondent's Exhibit (13) to updated Advisory." It is merely a first page to my (2994) motion to waive TOM MORAN and any lawyer from Judge RAINS.

Respondent's attorneys got an unstamped copy. "No filing date from the clerk." Stamped at (2005). And attributed filing to

4

me petitioner to injure me in your court. Compare Exhibit (23) to Exhibit (2). I have no paper to read any further. Grant me evidentiary hearing, "please!!!" with my witnesses. Such as Mrs. Barbara Walters.    8/20/05

CC:
RGA &
Atty. Gen. 5

Respectfully
Quinton Silas




Michael Milny
Clerk,
U.S. District Court
P.O. Box 61010
Houston, Texas
77208-2060

Alfard G. Aadridge
TDCJ.ID No.000413
12.E.290 Ramsky Prison Unit
3872 F.M. 350 South
Livingston, Texas 77351