IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RULFORD GARFIELD ALDRIDGE, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-608 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| *Respondent*. | § | |

## ORDER

On February 24, 2009, Petitioner Rulford Garfield Aldridge filed a "Motion to Appoint Expert Witnesses." (Docket Entry No. 126). This Court has already approved the allocation of expert funds in this case. (Docket Entry No. 38, 54). Aldridge asks for this Court approve compensation for Dr. Walter Quijano and Dr. Jerome Brown, both of whom testified in the evidentiary hearing this Court has already held. Respondent has not filed an opposition to Aldridge's motion.

The Court **GRANTS** Aldridge's motion to appoint expert witnesses. This Court, however, cannot approve the disbursement of more than $7,500 for expert witnesses. *See* 18 U.S.C.A. § 3599 (emphasis added). Aldridge's pleadings show that expert fees in this case will exceed that amount. (Docket Entry No. 53). The Court certifies that the testimony of Dr. Quijano and Dr. Brown was necessary for a fair adjudication of Aldridge's claims.

Aldridge must seek approval for the funds by the Chief Judge of the Fifth Circuit Court of Appeals or her designee through the procedures established by that court for any amount above the presumptive $7,500 cap.

Signed at Houston, Texas on March 20, 2009.

_____
Gray H. Miller
United States District Judge